Magistrate Judge Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DAVID READE,<br><br>                Defendant. | No.   CR02-5847<br><br>ORDER GRANTING EXTENSION OF TIME FOR GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

      Upon Stipulated Motion of counsel for the United States and counsel for the Defendant,

      IT IS ORDERED that the Government's request for an extension of time to respond to Defendant's Motion to Suppress Evidence is hereby

///

///

///

ORDER GRANTING EXTENSION OF
TIME FOR GOV. TO RESPOND.../DAVID READE— 1
CR02-5847

1  GRANTED, and the Government's response date is now March 29, 2006.

2  DATED this 23rd day of March, 2006.

*/s/ J.Kelley Arnold*
J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

s/Barbara J. Sievers
BARBARA J. SIEVERS
Assistant United States Attorney

Per Telephonic Approval:

s/Michael Filipovic
MICHAEL FILIPOVIC
MATT BELCHER
Attorneys for Defendant

ORDER GRANTING EXTENSION OF
TIME FOR GOV. TO RESPOND.../DAVID READE— 2
CR02-5847

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970