UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR02-5847 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING AGREED STIPULATED MOTION EXTENDING PRETRIAL MOTIONS DEADLINE |
| DAVID READE, | ) | |
| Defendant. | ) | |

This matter having come on upon stipulated motion of the parties requesting an extension of the pretrial motions due date, the Court having considered the same, and having concluded that such an extension should be granted, it is now therefore

/ /

/ /

/ /

/ /

/ /

/ /

/ /

ORDER GRANTING AGREED STIPULATED MOTION
EXTENDING PRETRIAL MOTIONS DEADLINE
(*DAVID READE*) – CR02-5847 –                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

ORDERED that the time within which to file pretrial motions is hereby extended to March 15, 2006.

DONE this 23rd day of March, 2006.

                                       s/ J Kelley Arnold
                                       HONORABLE J. KELLEY ARNOLD
                                       UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for David Reade
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

*Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:*

s/ Barbara Sievers
Assistant United States Attorney

ORDER GRANTING AGREED STIPULATED MOTION
EXTENDING PRETRIAL MOTIONS DEADLINE
(*DAVID READE*) – CR02-5847 –   2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington   98101**
**(206) 553-1100**